UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED,<br>d/b/a BINANCE.COM,<br><br>Defendant. | NO. CR23-178 RAJ<br><br>ORDER GRANTING MOTION TO TEMPORARILY SEAL CASE<br><br>**FILED UNDER SEAL** |

The United States has moved to temporarily seal all filings in this matter and to keep the matter off the public docket until the day of entry of a guilty plea. Defendant Binance Holdings Limited joins in the request.

For the reasons set forth in the motion of the United States, the Court finds that there are compelling reasons to temporarily seal the matter, that those reasons outweigh the public's interest in immediate disclosure, and that there is no effective alternative to a temporary seal. Accordingly, the Court orders that this matter, and all pleadings and filings in this matter, including the Information, the motion to seal, and this Order, are to be SEALED.

Order to Seal - 1
*United States v. Binance*/USAO#2019R00100

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The matter shall not appear on the public docket, and there shall be no public calendar or docket entries for any filings or proceedings in this matter (including the initial appearance, entry of plea, and bond hearing), while the seal remains in effect.

Absent further order of the Court, the matter shall be entirely UNSEALED at 9 a.m. Pacific Time on the date set for entry of the guilty plea.

IT IS SO ORDERED.

DATED this 14th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Michael Dion*
MICHAEL DION
Assistant United States Attorney

Order to Seal - 2
*United States v. Binance*/USAO#2019R00100

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970