The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED,<br><br>Defendant. | No. CR 23-178 RAJ<br><br>NOTICE OF APPEARANCE<br><br>**FILED UNDER SEAL** |

TO:         Clerk of the Court;

AND TO:   All parties and counsel of record.

PLEASE TAKE NOTICE that Jeffrey B. Coopersmith of Corr Cronin LLP hereby enters his appearance on behalf of Defendant Binance Holdings Limited and requests that all future papers or pleadings except original process be served upon said attorneys at the address below stated.

NOTICE OF APPEARANCE - 1
(No. CR 23-178 RAJ)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1     DATED this 17th day of November, 2023.

                                          CORR CRONIN LLP

                                  *s/ Jeffrey B. Coopersmith*
                                  Jeffrey B. Coopersmith, WSBA No. 30954
                                  1015 Second Avenue, Floor 10
                                  Seattle, Washington  98104-1001
                                  Ph: (206) 625-8600 | Fax: (206) 625-0900
                                  jcoopersmith@corrcronin.com

                                  *Attorneys for Defendant*

NOTICE OF APPEARANCE - 2
(No. CR 23-178 RAJ)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

# CERTIFICATE OF SERVICE

The undersigned certifies as follows: I am employed at Corr Cronin LLP. On the date below, I caused a true and correct copy of the foregoing document to be served via email on:

WAWDml_MAGCLRKSEA: magclerkssea@wawd.uscourts.gov
Stefanie Prather: Stefanie_Prather@wawd.uscourts.gov
Michael Dion / US Dept of Justice: Michael.Dion@usdoj.gov
Kevin Mosley / US Dept of Justice: Kevin.Mosley@usdoj.gov
Margaret Moeser / US Dept of Justice: Margaret.Moeser@usdoj.gov
Alexander Wharton / US Dept of Justice: Alexander.Wharton@usdoj.gov
Beaudre Barnes / US Dept of Justice: Beaudre.Barnes@usdoj.gov
Victor Salgado / US Dept of Justice: Victor.Salgado@usdoj.gov
Elizabeth Carr/ US Dept of Justice: Elizabeth.Carr@usdoj.gov

William Burck: williamburck@quinnemanuel.com
Alexis Ruby: alexisruby@quinnemanuel.com

M. Kendall Day: KDay@gibsondunn.com
Stephenie Brooker: SBrooker@gibsondunn.com
Poonam G. Kumar: PKumar@gibsondunn.com
RJackson@gibsondunn.com

Mark Bartlett: MarkBartlett@dwt.com

Benjamin Naftalis: Benjamin.Naftalis@lw.com

DATED at Seattle, Washington on 17th day of November, 2023.

*s/ Megan Johnston*
Megan Johnston, Legal Assistant
Corr Cronin LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Phone: (206) 625-8600
Email: mjohnston@corrcronin.com

NOTICE OF APPEARANCE - 3
(No. CR 23-178 RAJ)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900