The Honorable Richard A. Jones

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11
12
13
14
15
16
17

UNITED STATES OF AMERICA

Plaintiff,

v.

BINANCE HOLDINGS LIMITED, d/b/a
BINANCE.COM, and
CHANGPENG ZHAO, aka "CZ,"

Defendants.

NO. CR23-178 RAJ and
NO. CR23-179 RAJ

**GOVERNMENT'S    SUPPLMENTAL
MOTION REGARDING SEAL**

**(FILED UNDER SEAL)**

18

19    The Court has previously granted motions sealing these cases, and filings in the

20   cases, until 9:00 a.m. on the morning of the plea hearings (which were not set at the time

21   of the initial motions to seal).   The plea hearings are now set to begin at 10:00 a.m. on

22   November 21, 2023.   After further consideration the United States requests, with the

23   consent of the Defendants, that the case remain sealed, with no entries on the public

24   calendar or docket, until the plea hearing begins at 10:00 a.m.   The United States submits

25   that this adjustment will minimize market disruption and inaccurate speculation that could

26   harm third parties.

27

Motion to Seal - 1
*United States v. Binance*, CR23-178RAJ
*United States v. Zhao*, CR23-179JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    DATED this 20th day of November, 2023.

2

3    MARGARET A. MOESER                    TESSA M. GORMAN
     Acting Chief                          Acting United States Attorney
4    Money Laundering and Asset Recovery   Western District of Washington
     Section, Criminal Division            U.S. Department of Justice
5    U.S. Department of Justice

6
     /s Kevin G. Mosley                    /s Michael Dion
7    Kevin G. Mosley                       Michael Dion
     Elizabeth R. Carr                     Assistant United States Attorney
8    Trial Attorneys

9
     JENNIFER KENNEDY GELLIE
10   Acting Chief
     Counterintelligence and Export Control Section, National Security Division
11   U.S. Department of Justice

12
     /s Beau D. Barnes
13   Beau D. Barnes
     Alex Wharton
14   Trial Attorneys

15

16

17

18

19

20

21

22

23

24

25

26

27

Motion to Seal - 2
*United States v. Binance*, CR23-178RAJ
*United States v. Zhao*, CR23-179JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

1

2

3      I, Michael Dion certify that I served this filing by email on counsel for the
defense on November 20, 2023.

4

5                                          */s Michael Dion*
                                           MICHAEL DION
6                                          Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Motion to Seal - 3                                          UNITED STATES ATTORNEY
*United States v. Binance*, CR23-178RAJ                     700 STEWART STREET, SUITE 5220
*United States v. Zhao*, CR23-179JHC                        SEATTLE, WASHINGTON 98101
                                                            (206) 553-7970