Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, d/b/a BINANCE.COM, and CHANGPENG ZHAO, aka "CZ,"<br><br>Defendants. | NO. CR23-178RAJ and<br>NO. CR23-179RAJ<br><br>GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |

Kevin G. Mosley, Deputy Chief of the Bank Integrity Unit of the Money Laundering and Asset Recovery Section of the U.S. Department of Justice, Criminal Division, hereby appears as counsel for the United States of America in the above-referenced matter.

//
//
//
//
//
//

Notice of Appearance - 1
*United States v. Binance Holdings Ltd.*, CR23-178RAJ
*United States v. Changpeng Zhao*, CR23-179RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Kevin G. Mosley is now co-counsel of record for this case on behalf of the United States. Undersigned counsel respectfully requests that all pleadings, court documents, and correspondence be forwarded to the below-listed Attorney:

> Kevin G. Mosley
> Deputy Chief, Bank Integrity Unit
> Money Laundering and Asset Recovery Section
> Criminal Division, U.S. Department of Justice
> 1400 New York Avenue N.W.
> Washington, D.C. 20009
> Phone: 202-598-2801
> Email: Kevin.mosley@usdoj.gov

DATED this 20th day of November, 2023.

> Respectfully submitted,
>
> MARGARET A. MOESER
> Acting Chief, Money Laundering and Asset
> Recovery Section, Criminal Division
> U.S. Department of Justice
>
> *s/ Kevin G. Mosley*
> KEVIN G. MOSLEY
> Deputy Chief, Bank Integrity Unit
> Money Laundering and Asset Recovery Section
> Criminal Division, U.S. Department of Justice
> 1400 New York Avenue N.W.
> Washington, D.C. 20009
> Phone: 202-598-2801
> Email: Kevin.mosley@usdoj.gov

Notice of Appearance - 2
*United States v. Binance Holdings Ltd.*, CR23-178RAJ
*United States v. Changpeng Zhao*, CR23-179RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970