Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BINANCE HOLDINGS LIMITED, d/b/a BINANCE.COM, and CHANGPENG ZHAO, aka "CZ," <br><br> Defendants. | NO. 23-178RAJ and <br> NO. CR23-179RAJ <br><br> GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |

Alex Wharton, Trial Attorney in the National Security Division of the U.S. Department of Justice, hereby appears as counsel for the United States of America in the above-referenced matter.

//
//
//

Notice of Appearance- 1
*United States v. Binance Holdings Limited*, Case 23-178RAJ
*United States v. Changpeng Zhao*, CR23-179RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Alex Wharton is now co-counsel of record for this case on behalf of the United States. Undersigned counsel respectfully requests that all pleadings, court documents, and correspondence be forwarded to the below-listed government attorney:

> Alex Wharton
> Trial Attorney
> Counterintelligence & Export Control Section
> National Security Division, U.S. Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, DC 20530
> Phone: 202-514-4523
> Alexander.Wharton@usdoj.gov

DATED this 20th day of November, 2023.

> Respectfully submitted,
>
> MATTHEW G. OLSEN
> Assistant Attorney General
>
>  *s/ Alex Wharton*
> ALEX WHARTON
> Trial Attorney
> Counterintelligence & Export Control Section
> National Security Division
> U.S. Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, DC 20530
> Phone: 202-514-4523
> Alexander.Wharton@usdoj.gov

Notice of Appearance- 2
*United States v. Binance Holdings Limited*, Case 23-178RAJ
*United States v. Changpeng Zhao*, CR23-179RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970